## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )   No.  1:25-MJ-122 |
| v. | ) |
| | ) |
| EDMUND THORNTON | ) |

### ORDER TO DETAIN TEMPORARILY UNDER 18 U.S.C. § 3142(d)

**At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole.  This court finds that the defendant, if released, may flee or pose a danger to another person or the community.**

IT IS ORDERED:  The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until his final revocation hearing in the District of Vermont.

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred.  If no action is taken within a reasonable timeframe, the defendant must be brought before this court for further proceedings.

Dated:  7/22/2025

_____
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE